# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Larry E. Hill__
[You are the PLAINTIFF, print your full name on this line.]

Case No. __49-G04-0801-PC-01627__

[For a new case in this court, leave blank. The court will assign a case number.]

v.
__Corey L. Scott__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

3:23-cv-192-MPB-CSW

**FILED**
11/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Corey L. Scott, Laywer | 333, N Alabama St Ste 350 Indpls, In 46204-2275 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is the name and address of your prison or jail? __Branchville Correctional facility Indiana Department of corrections, Branchville, IN 47514-9042, 21390 old State RD 37__
3. Did the event you are suing about happen there? ◯ Yes  ● No, it happened at: _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

6/21/2015

4. On what date did this event occur? 6/21/2015

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 6/21/2015 I was locked up at work Release and charged with possesion of synthetic drug my case was threw out By Judge stevin Rubick court room 7 he never sent me back to work release he release me on my own recontent I was on the street for a few months Lisa Borges out of court room #4 sent me to Jail put a warrant on me for arm robbery 4½ months later sent me to prison with out a violaton for 1 month in a half sent me to the farm I never violated my work release sentence Judge stevin Rubick Release me never sent me back to prison which is work Release the only way you can go to work

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.

**Claims and Facts (continued)**

Release is to get tRansported by sheriffs in a van I hired a Lawyer Corey L. Scott to get me out of county jail I never commited a crime i still got sent to prison I never did nothing wRong I won't Justice He took my money did not do his Job all he had to do is his Job and we would not been going threw this. I was sentence to 15 yrs suppended 3 years 12 do 6 Back in 2008 I violated my probation 2 do In Prison I do 6 months in work Release. Lisa Borges court room "1.

_____6/21/2015 fathers day_____

5. When did this event happen?

- ◯ Before I was confined.
- ◯ While I was confined awaiting trial.
- ◯ After I was convicted while confined serving the sentence.
- ◯ Other: _____

6. Have you ever sued anyone for this exact same event?

- ● No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event? ● No, this event is not grievable at this prison or jail.

- ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?

[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

pay for cruel unusual punishment pain suffering false Arrest false imprisonment

[Initial Each Statement]

- **L.H** I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- **L.H** I will keep a copy of this complaint for my records.
- **L.H** I will promptly notify the court of any change of address.
- **L.H** I WILL NOT send more than one copy of any filing to the court.
- **L.H** I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- **L.H** I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10/31/2023 at 10:00 am/pm.

[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Larry Hill_                                      998356
Signature                                         Prisoner Number
240 (Rev. 7/10) (INND Rev. 8/16)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]